Paul Gauthier, appellee, v. Steve J. Maciejewski, appellant. Gen. No. 39,762.

Opinion filed May 11, 1938.

Martin H. Finneran, for appellant. John Edward Pavlik and Arthur A. Sullivan, for appellee.

Mr. Presiding Justice Hebel delivered the opinion of the court.

Norman Nicholson, appellee, v. Ernest T. Kurzdorfer and Rose Varga, defendants. Appeal of Ernest T. Kurzdorfer, appellant. Gen. No. 39,809.

Opinion filed May 11, 1938. Rehearing denied May 26, 1938.

Ernest A. Eklund, for appellant; John N. Thornburn, of counsel. Thompson, Chambers & Thompson, for appellee; Percival E. and Lavern W. Thompson, of counsel.

Mr. Presiding Justice Hebel delivered the opinion of the court.

Jules Eichenbaum, appellant, v. State and Quincy Building Corporation et al., defendants. Isa W. Kahn et al., appellees. Gen. No. 39,829.

Opinion filed May 11, 1938.

Shulman, Shulman & Abrams, for appellant; Meyer Abrams, of counsel. D'Ancona, Pflaum & Kohlsaat, for appellee Isa W. Kahn.

Mr. Presiding Justice Hebel delivered the opinion of the court.